SADIE BURGESS et al., Respondents, *v.* HORN & HARDART
COMPANY, Appellant.

Argued December 1, 1938; decided January 3, 1939.

*William B. Davis, Ralph H. Terhune* and *E. C. Sherwood* for appellant.

*Arthur Hutter* and *Abraham M. Fisch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.